Charles Mulvihill
K-55455 C-13-104-L
M.C.S.P.
P.O. Box 409060
Ione, CA 95640

May 18 2008

The Honorable Clerk of the Court
of the United States District Court
for the Northern District of California
450 Golden Gate Avenue
Box 36060, San Francisco, CA 94102

FILED
MAY 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I Charles Mulvihill failed to file my writ of habeas corpus case #:S156110 from the Suprem Court of California to the United States District court for the Norther District of California in a timely manner. So I beg the Court to grant me anextension for filing my write of habeas corpus.

I received my denial on February    2008. On March 20 2008 I trans-packed my property at Mule Creek State Prison to be shipped to California Correctional Institution in Tehachapi California. I left Mule Creek State Prison on March 25 2008, and Arrived at California Correctional Institution on the same day. On my arrival I was not given my property. As a result I mist my legal deadline. Before I could be issued my property I was shipped back to Mule Creek State Prison in Ione California. ( see Attached Memorandum), Legal log, and denial from the Supreme court of California.

I thank you very much for your time in this matter, and hope to recive a response soon.


Respectfully


*Charles Mulvihill*
Charles Mulvihill

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date:   May 5, 2008
To:     Whom it may concern
From:   D. Watson Level II R & R Sergeant

Subject: **Property belonging to MULVIHILL, K-55455**

Inmate **MULVIHILL, K-55455**, arrived at California Correctional Institution Level II R& R on March 25, 2008. As a result of large intake of personal property from the arriving busses, Mulvihill's property was placed into a storage container to be issued at the earliest possible time. As a result of excessive workload and incoming busses, Mulvihill's property became concealed at the rear of the container, and he was not issued his property. These circumstances, though no fault of his, may have caused him some legal deadline problems. We sincerely apologize to him for this occurrence. Mulvihill is to be transferred this date to MCSP. Mulvihill's property will be shipped with him.

For any questions, contact me at 661-822- 4402 extension 4464.

*D Watson Sgt*

D. WATSON
R & R Sergeant
Unit II

LOOKUP BY CDC

5/9/08

| LASTNAME | CDCNO | YA | HOUSING | DATE | OF | FROM | TO | COMMENTS | S |
|---|---|---|---|---|---|---|---|---|---|
| MULVIHILL | K55455 | A | AG-120 | 02/22/2008 | F | SUP CT OF CA | | | |

Page 1

S156110

# IN THE SUPREME COURT OF CALIFORNIA

### En Banc

In re CHARLES RUSSELL MULVIHILL on Habeas Corpus

The petition for writ of habeas corpus is denied.

SUPREME COURT
**FILED**

FEB 2 0 2008

Frederick K. Ohlrich Clerk

_____
Deputy

_____
GEORGE
Chief Justice