UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
08 MAY 28 PH 3: 17

Dear Sir or Madam:                                  CV 08          2689

Your action has been filed as a civil case number _____ JSW _____.
                                                                    (PR)

It appears that you have not attached a ~~complaint or~~ petition to your other pleadings.

**If you do not submit a complaint or petition (using the above referenced case number) within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.**

Sincerely,
RICHARD W. WIEKING, Clerk

By /s/
Deputy Clerk

EXTENSION
(~~IFP Application~~ / letter / ~~exhibits~~ / ~~motion~~ / no ~~complaint or~~ petition)
(blank ~~complaint form~~ / petition attached)

MULVIHILL

Rev. 5/08